IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIQUE JORDAN,<br>    Plaintiff,<br>  v.<br>STAFFING PLUS, INC.,<br>    Defendant. | Civil Action No. 17-4020 |

## ORDER

**AND NOW**, this 20th day of June 2018, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 11), and Plaintiff's response thereto (Doc. No. 12), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Claim One of Plaintiff's Amended Complaint, asserting wrongful termination under 42 U.S.C. § 1981, is **DISMISSED WITH PREJUDICE**.

2. Claims Two through Four of the Amended Complaint, asserting "breach of contract," "sustained failure of good faith and fair dealings," and "discrimination conduct based off negative publicity" are **DISMISSED FOR LACK OF JURISDICTION**, without prejudice to Plaintiff filing these claims in state court.

3. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**